IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALLISON J. SCHNEIDER, | |
|---|---|
| Plaintiff, | 4:19-CV-3090 |
| vs. | |
| CENERGISTIC LLC, | ORDER |
| Defendant. | |

The plaintiff's counsel in this case has moved to withdraw, having been informed by the plaintiff that she intends to proceed *pro se*. Filing 4. Of course, she has that right—so, the motion will be granted. But the plaintiff is *already* proceeding pro se, in a case filed the same day as this one: case no. 4:19-cv-3088. And even a cursory examination of the pleadings in these cases reveals that the plaintiff's *pro se* complaint is essentially identical.

As a general policy, duplicative litigation in federal courts should be avoided. *Missouri ex rel. Nixon v. Prudential Health Care Plan, Inc.*, 259 F.3d 949, 953 (8th Cir. 2001) (citing *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 817 (1976)). Plaintiffs may not pursue multiple federal suits against the same party involving the same controversy at the same time. *Id.* at 954. And federal courts may decline to exercise their jurisdiction in order to prevent duplicative litigation. *Id.* at 952. Specifically, "a district court may, for reasons of wise judicial administration, dismiss one of two identical, pending actions." *Id.* at 953 (quotation omitted); *see Parker v. Matthews*, 71 F. App'x 613, 614 (8th Cir. 2003). A plaintiff has no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant. *See id.*

These cases are identical. Accordingly, because the plaintiff intends to proceed *pro se*, the Court will dismiss this case in favor of the earlier case that she filed herself. The plaintiff may pursue her claims in case no. 4:19-cv-3088.

IT IS ORDERED:

1. The unopposed motion to withdraw as attorney (filing 4) is granted.

2. This case is dismissed, without prejudice, as duplicative.

3. A separate judgment will be entered.

Dated this 13th day of September, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge